Case 1:23-cv-00994-JCH-JHR   Document 1   Filed 11/08/23   Page 1 of 6

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FILED

NOV 08 2023

MITCHELL R. ELFERS
CLERK

10/31/23

Hello ladies and gentlemen of the US District Court. I am Jose Dominguez, a prisoner here in level 2 of las Lunas[sic] N[M] and I humbly ask for your help to get a federal court [date] to get my immediate deportation because I am illegal. Let me explain that I sent word asking for a court date to the judge who sentenced me, and he said that he could not do anything, that the state could not help me, but the state prosecutor D.A. was there and he said that I could ask you for a federal court date because I have an open case with the feds, and that I could request a federal court [date] and that there I could indeed ask for my immediate deportation [ …p2]

[P2]

Gentlemen, I pray to God to send me someone who can indeed help me. Please help me.

Thank you and may God bless you.

Jose Dominguez.

===================end of text ====================================

*CERTIFIED TRUE TRANSLATION. - The undersigned Humberto Orive, a Federally Certified Spanish Court Interpreter, hereby certifies that: (1) I am fluent in English and Spanish and competent and qualified to translate between those languages;(2) This is an English translation of a document originally written in the Spanish language; (3) The above is to the best of my ability and belief a complete and accurate translation of said original; (4) Grammar, punctuation and syntax errors in the source language were not reflected in the target language.*

*[signature]* 11/8/2023

**Humberto Orive, USCCI.**
**Federally Certified Court Interpreter**
US District Court, District of New Mexico
333 Lomas Blvd. NW, Ste. 270 Albuquerque, NM 87102
Tel./Fax: 505-348-2092
Humberto_Orive@nmd.uscourts.gov

10-31-23

Hola señores y señoritas De U.S. District court yo soi José Dominguez i estoi prisionero aquí en el Nivel-2- de Los Lunas-NM a yo umildemente Les pido ayuda para optener una corte Federal para optener mi Deportacion imediata pues soi iLegal bueno pues Le Platico que Le mande pedir una corte al Jues Que me sentencio y el dijo Que no podia aser nada Que el estado no podia ayudarme Pero ai mismo estaba el fiscal Del estado D.A. y el me dijo Que yo podia pedirLes a ustedes una corte Federal porque yo tengo un caso abierto con Los federales y que yo podia pedirles una corte federal y Que ayi si podia pedir mi deportacion imediata

señores yo Le pido mucho a dios Que me mande a alguien Que si me ayude por favor ayudenme gracias y Que Dios Los vendiga

Jose Dominguez

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.63
11/06/2023 ZIP 87031
043M31222612



Inmate Name José Dominguez
Inmate Number 87769
CNMCF/CMRU/Unit# B-4-403
P.O. Drawer 1328
Los Lunas, NM 87031

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 08 2023

MITCHELL R. ELFERS
CLERK

U.S. District court
# 333 Lomas Blvd. NW, ste 270
Albuquerque, NM 87102

*[signature]* NOV 08 2023