IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSE DOMINGUEZ,

    Petitioner,

v.                                                No. 23-cv-0994-JCH-JHR

ATTORNEY GENERAL OF THE
STATE OF NEW MEXICO, *et al*,

    Respondents.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this civil habeas action is **DISMISSED without prejudice**.

_____
SENIOR UNITED STATES DISTRICT JUDGE